# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARBARA LOUISE FAIRBAIRN,**
Appellant,

v.

**MARCEL ANDRE FAIRBAIRN,**
Appellee.

No. 4D22-1419

[March 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502017DR002911.

John F. Schutz of John F. Schutz, PL (withdrawn as counsel after filing brief), Palm Beach Gardens, for appellant.

Barbara Louise Fairbairn, Lake Worth, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***